No. 89–7642. STRINGER *v.* JOHNSON ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–7643. VAUGHN *v.* BOSWELL, SHERIFF. Cir. Ct. Henrico County, Va. Certiorari denied.

No. 89–7644. JAGER *v.* LAFAYETTE TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–7647. MCFADDEN *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. Cir. Ct. Sunflower County, Miss. Certiorari denied.

No. 89–7648. NICKENS *v.* CITY OF MARKS ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–7649. HARRELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7652. HOLLINGSWORTH *v.* SUPREME COURT OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 89–7653. LINDER *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 89–7654. MCCOY *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 89–7655. LITTLEJOHN *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 89–7656. AHMAD JAMAHL A. *v.* LOS ANGELES COUNTY SUPERIOR COURT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–7657. WHIDDON *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–7658. BROWN *v.* MCWHERTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–7663. FRAZIER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.